# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOVA INY, | Case No.: 2:23-cv-00426-APG-DJA |
| Plaintiff | **Order Striking Certificate of Interested Parties** |
| v. | |
| SIMON PROPERTY GROUP LIMITED PARTNERSHIP and SCHINDLER ELEVATOR CORPORATION, | |
| Defendants | |

I ORDER that defendant Schindler Elevator Corporation's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER defendant Schindler Elevator Corporation to file a proper certificate of interested parties by March 31, 2023.

DATED this 23rd day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE