UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Tova Iny, | Case No. 2:23-cv-00426-APG-DJA |
| Plaintiff, | |
| v. | **Order** |
| Simon Property Group Limited Partnership d/b/a The Shops at Crystals; Schindler Elevator Corporation, | |
| Defendants. | |

Before the Court is the parties' stipulated discovery plan and scheduling order. (ECF No. 14). The parties seek special scheduling review because they request an extended discovery period. However, because the parties' stipulation contains certain deficiencies, the Court denies it without prejudice and will require the parties to submit an amended discovery plan consistent with this order.

First, the parties do not provide the calendar date from which they are calculating their discovery period. This is necessary for the Court to determine the length—and propriety—of the extended discovery period. And Local Rule 26-1(b)(1) requires that the parties "state the date the first defendant answered or otherwise appeared, the number of days required for discovery measured from that date, and the calendar date on which discovery will close." This is particularly true here where the parties appear to be requesting a discovery period more than double the typical 180-day discovery period.

Second, to the extent the parties are requesting a discovery period double that of the typical 180-day discovery period, their explanation regarding why that amount of time is necessary is insufficient. While the parties explain that the case will include multiple topics and

depositions of individuals in multiple states, this is typical of most litigation. Without more, this explanation does not justify such an extended discovery period.

**IT IS THEREFORE ORDERED** that the parties' stipulated discovery plan (ECF No. 14) is **denied without prejudice.**

**IT IS FURTHER ORDERED** that the parties shall file an amended stipulated discovery plan in accordance with this order on or before **May 26, 2023.**

DATED: May 18, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE