Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efstriallaw.com
Email: alayton@efstriallaw.com
Email: psilva@efstriallaw.com

*Attorneys for Defendant*
*Schindler Elevator Corporation*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| TOVA INY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SIMON PROPERTY GROUP LIMITED PARTNERSHIP d/b/a THE SHOPS AT CRYSTALS; SCHINDLER ELEVATOR CORPORATION; DOES I-X and ROE ENTITIES XI-XX, inclusive,<br><br>　　　　Defendants. | Case No.  2:23-cv-00426-APG-DJA<br><br>**STIPULATION TO SUBSTITUTE COUNSEL FOR DEFENDANT SIMON PROPERTY GROUP, L.P. (INCORRECTLY REFERRED TO AS SIMON PROPERTY GROUP LIMITED PARTNERSHIP D/B/A THE SHOPS AT CRYSTALS)** |

### SUBSTITUTION OF COUNSEL

Pursuant to LR- IA 11-6(b), NOTICE IS GIVEN that Defendant Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals), hereby substitutes Jay J. Schuttert, Esq., Alexandria L. Layton, Esq., and Paige S. Silva, Esq., of the law firm Evans Fears Schuttert McNulty Mickus, to represent it in the above-entitled matter in the place and stead of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP.

/ / /

/ / /

287398444v.1

All future correspondence, notices, and pleadings are to be directed to Jay J. Schuttert, Esq., Alexandria L. Layton, Esq., and Paige S. Silva, Esq. of Evans Fears Schuttert McNulty Mickus, at 6720 Via Austi Parkway, Suite 300, Las Vegas, Nevada 89119, telephone (702) 805-0290 and facsimile (702) 805-0291. The law firm of Evans Fears Schuttert McNulty Mickus hereby accepts substitution as counsel for Crystals, for all purposes in the above-entitled action, in the place and stead of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP seeks to withdraw from this matter and its representation of Crystals.

Dated:　　　　　　　　　　**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

　　　　　　　　　　　　　*/s/ Jay J. Schuttert*
　　　　　　　　　　　　　Jay J. Schuttert, Esq. (SBN 8656)
　　　　　　　　　　　　　Alexandria L. Layton, Esq. (SBN 14228)
　　　　　　　　　　　　　Paige S. Silva, Esq. (SBN 16001)
　　　　　　　　　　　　　6720 Via Austi Parkway, Suite 300
　　　　　　　　　　　　　Las Vegas, NV 89119

　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　*Schindler Elevator Corporation*

Dated: 10/25/2023　　　　**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

　　　　　　　　　　　　　　#15312
　　　　　　　　　　　　　Larry H. Lum, Esq. (SBN 14914)
　　　　　　　　　　　　　Karen L. Bashor, Esq. (SBN 11913)
　　　　　　　　　　　　　Jonathan A. Rich, Esq. (SBN 15312)
　　　　　　　　　　　　　6689 Las Vegas Boulevard South, Suite 200
　　　　　　　　　　　　　Las Vegas, NV 89119

　　　　　　　　　　　　　*Attorneys for Defendant Simon Property Group, L.P.*
　　　　　　　　　　　　　*(incorrectly referred to herein as Simon Property*
　　　　　　　　　　　　　*Group Limited Partnership d/b/a The Shops at*
　　　　　　　　　　　　　*Crystals)*

Simon Property Group, L.P., hereby substitutes and appoints Jay J. Schuttert, Esq., Alexandria L. Layton, Esq., and Paige S. Silva, Esq., of the law firm of Evans Fears Schuttert McNulty Mickus, at 6720 Via Austi Parkway, Suite 300, Las Vegas, Nevada 89119, as its counsel in the place and stead of the law firm of Wilson Elser Moskowitz Edelman & Dicker LLP.

Dated:

**SIMON PROPERTY GROUP, L.P. (incorrectly referred to herein as SIMON PROPERTY GROUP LIMITED PARTNERSHIP D/B/A THE SHOPS AT CRYSTALS)**

_____

Title: ASSOCIATE GENERAL COUNSEL

Submitted by:

Dated:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Jay J. Schuttert
_____
Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendant*
*Schindler Elevator Corporation*

**IT IS SO ORDERED.**

DATED: 10/27/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

287398444v.1

|  |  |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that a true and correct copy of **STIPULATION TO SUBSTITUTE** |
| 3 | **COUNSEL FOR DEFENDANT SIMON PROPERTY GROUP, L.P. (INCORRECTLY** |
| 4 | **REFERRED TO AS SIMON PROPERTY GROUP LIMITED PARTNERSHIP D/B/A THE** |
| 5 | **SHOPS AT CRYSTALS)** was served on counsel of record  *October 26* , 2023, using the |
| 6 | Court's CM/ECF System. |

                            */s/ Faith Radford*
                       An Employee of Evans Fears Schuttert McNulty Mickus

- 4 -