Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: alayton@efsmmlaw.com
Email: psilva@efsmmlaw.com

*Attorneys for Defendants Schindler Elevator Corporation and Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals)*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| TOVA INY, <br><br> Plaintiff, <br><br> vs. <br><br> SIMON PROPERTY GROUP LIMITED PARTNERSHIP d/b/a THE SHOPS AT CRYSTALS; SCHINDLER ELEVATOR CORPORATION; DOES I-X and ROE ENTITIES XI-XX, inclusive, <br><br> Defendants. | Case No.  2:23-cv-00426-APG-DJA <br><br> **JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** <br><br> **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff TOVA INY ("Plaintiff"), Defendant SCHINDLER ELEVATOR CORPORATION ("Schindler"), and Defendant SIMON PROPERTY GROUP LIMITED PARTNERSHIP d/b/a THE SHOPS AT CRYSTALS ("Simon"), through their respective counsel, that the case management discovery deadlines in the Amended Discovery Plan and Scheduling Order), May 30, 2023 [ECF No. 17] be extended by 180 days, pursuant to FRCP 29 and LR 26-3 as follows.  This is the first request for an extension of the discovery deadlines.

   **I.**     **DISCOVERY COMPLETED TO DATE**

   1.     On May 23, 2023, Plaintiff served her FRCP 26 Initial Disclosures;

2. On June 15, 2023, Plaintiff served her First Supplement to FRCP 26 Initial Disclosures.

3. On July 28, 2023, Plaintiff served her Second Supplement to FRCP Initial Disclosures.

4. On May 26, 2023, Schindler served its FRCP 26 Initial Disclosures.

5. On July 20, 2023, Schindler served its First Supplement to FRCP Initial Disclosures.

6. On November 20, 2023, Schindler served its Second Supplement to FRCP Initial Disclosures.

7. On May 26, 2023, Simon served its FRCP 26 Initial Disclosures.

8. On August 4, 2023, Simon served its First Supplement to Initial Disclosures.

9. On June 6, 2023, Plaintiff served her First Set of Interrogatories to Schindler and Simon.

10. On June 28, 2023, Schindler served its First Set of Interrogatories to Plaintiff.

11. On September 18, 2023, Plaintiff served her Second Set of Interrogatories to both Schindler and Simon.

12. On June 6, 2023, Plaintiff served her First Set of Requests for Production of Documents to both Schindler and Simon.

13. On June 28, 2023, Schindler served its First Set of Requests for Production of Documents to Plaintiff.

14. On July 28, 2023, Plaintiff served her Second Supplement to FRCP Initial Disclosures.

15. On September 18, 2023, Plaintiff served her Second Set of Interrogatories and Requests for Production to both Schindler and Simon.

16. On November 8, 2023, Schindler and Simon served their responses to Plaintiff's Second Set of Interrogatories and Requests for Production.

17. On November 20, 2023, Schindler served its Second Supplement to FRCP Initial Disclosures.

18. Plaintiff's deposition is set for December 8, 2023.

19. Plaintiff is out of town from approximately December 15, 2023 to the end of February 2024.

20. The parties are working together to set an IME for Plaintiff in March 2024.

21. The Parties have subpoenaed various medical providers and other entities with records pertaining to Plaintiff and the subject incident.

## II. DISCOVERY TO BE COMPLETED AND REASONS WHY THE DISCOVERY REMAINING CANNOT COMPLETED WITHIN THE TIME LIMITS

Plaintiff and Defendants respectfully request a 6-month extension of the current case management deadlines to complete the following discovery:

1. **Independent Medical Examination:** Defendants wish to have their expert conduct an IME of Plaintiff, and the parties have been working together to schedule this. However, due to Defendants' expert's schedule and Plaintiff's schedule, the IME cannot be completed until 2024, and the expert will need 30-60 days after the IME to complete the expert report, necessitating additional time before the current February 9, 2024 Defendants' expert deadline.

2. **Fact witness depositions:** Defendants wish to depose Plaintiff's treating physicians and Plaintiff Tova Iny, and this deposition is currently set for December 8, 2023. However, Defendants are currently waiting for responses to subpoenas from medical providers before this deposition can be completed, so this deposition will likely be continued to after February 2024 in order to avoid the need for an unnecessary second deposition of Plaintiff and because Plaintiff will be out of town until the end of February 2024.

3. **Inspection of the subject elevator:** The parties require an inspection of the subject elevator and security gate at Caesars Palace, prior to the disclosure of expert witnesses and reports. However, this inspection would involve the escalator at Crystals being shut down, which presents a business issue to the property during the holidays. Therefore, this inspection likely cannot be conducted until 2024, and the parties' experts will then need additional time to complete their reports.

4. **Expert witness depositions:** Expert witness depositions are expected to be completed after the disclosure of expert witnesses pursuant to this Court's order. However, each

party is expected to retain multiple expert witnesses and it will therefore take additional time to coordinate, prepare for, and take the depositions.

5. **Other discovery:** Moreover, the extension will allow the parties to do any necessary follow-up discovery after responses to existing written discovery are served, to depose later-identified witnesses and experts, and to obtain any additional records.

6. **Additional issues:** The current scheduling order provides that rebuttal expert disclosures are due on March 11, 2024; close of discovery is April 11, 2024, and dispositive motions are due on May 13, 2024. Counsel for Defendants will be on maternity leave from April 2024 – June 2024, during this operative time and will not be available to conduct expert depositions or dispositive motions.

### III. GOOD CAUSE EXISTS FOR A DISCOVERY EXTENSION

The parties have been diligently conducting discovery in this matter, as evidenced by the written discovery exchanged between the parties. The parties have also been attempting to coordinate an IME of Plaintiff, but Defendants' expert is unable to conduct the IME until at least January 2024 and will required additional time to prepare the expert report before the February 9, 2024 disclosure deadline. Further, Plaintiff will not be available for an IME until March 2024. Similarly, the parties' experts will require an inspection of the subject escalator at Crystals being shut down, which presents a business issue to the property during the holidays. Therefore, this inspection likely cannot be conducted until 2024, and the parties' experts will then need additional time to complete their reports. In addition, counsel for Defendants will be on maternity leave from March 2024 – June 2024, and many operative case deadlines fall within this time period, and a 6-month extension will provide time after counsel returns for the parties to complete remaining discovery, including expert depositions.

Plaintiff and Defendants agree with the proposed extension of the current discovery deadlines by 180 days. Accordingly, no party is prejudiced by the additional time necessary to conduct the remaining discovery and to prepare for expert discovery. Counsel for the parties have been diligently working together to prepare this stipulation and obtain an extension of the current discovery deadlines. All of the foregoing circumstances constitute good cause to extend the

remaining discovery deadlines, and the parties jointly and in good faith request this Court enter an Order extending the discovery deadlines in accordance with their stipulation.

## IV. PROPOSED REVISED DISCOVERY PLAN

The parties hereby stipulate to continue all discovery deadlines 180 days and propose the following amendments to the current discovery deadlines:

|  | Old Deadline | New Deadline |
|---|---|---|
| Final date to amend pleadings or add parties: | January 11, 2024 | July 11, 2024 |
| Plaintiff's initial expert disclosures: | January 11, 2024 | July 11, 2024 |
| Defendant's initial expert disclosures: | February 9, 2024 | August 9, 2024 |
| Defendant's rebuttal expert disclosures: | February 9, 2024 | August 9, 2024 |
| Plaintiff's rebuttal expert disclosures: | March 11, 2024 | September 11, 2024 |
| Discovery cut off: | April 11, 2024 | October 11, 2024 |
| Dispositive Motions: | May 13, 2024 | November 12, 2024[1] |

No trial date has been set.

**SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:**

Dated: November 21, 2023.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Jay J. Schuttert*
Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Paige S. Silva, Esq. (SBN 16001)
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Attorneys for Defendants Schindler Elevator Corporation and Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals)*

**KAPLAN YOUNG**

*/s/ Kory L. Kaplan*
Kory L. Kaplan, Esq. (SBN 13164)
10091 Park Run Drive, Suite 190
Las Vegas, NV 89145

*Attorneys for Plaintiff Tova Iny*

---

[1] November 11, 2024 is Veterans Day

## [~~PROPOSED~~] ORDER

**IT IS SO ORDERED.** Based upon the foregoing stipulation, the 180-day extension to discovery deadlines are granted as follows:

|  | Old Deadline | New Deadline |
|---|---|---|
| Final date to amend pleadings or add parties: | January 11, 2024 | **July 11, 2024** |
| Plaintiff's initial expert disclosures: | January 11, 2024 | **July 11, 2024** |
| Defendant's initial expert disclosures: | February 9, 2024 | **August 9, 2024** |
| Defendant's rebuttal expert disclosures: | February 9, 2024 | **August 9, 2024** |
| Plaintiff's rebuttal expert disclosures: | March 11, 2024 | **September 11, 2024** |
| Discovery cut off: | April 11, 2024 | **October 11, 2024** |
| Dispositive Motions: | May 13, 2024 | **November 12, 2024**[2] |

No trial date has been set.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/22/2023

**Case No. 2:23-cv-00426-APG-DJA**

Respectfully submitted by:

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

_____
Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

*Attorneys for Attorneys for Defendants Schindler Elevator Corporation and Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals)*

---

[2] November 11, 2024 is Veterans Day.

- 6 -