Jay J. Schuttert, Esq. (SBN 8656)
Alexandria L. Layton, Esq. (SBN 14228)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: jschuttert@efsmmlaw.com
Email: alayton@efsmmlaw.com
Email: sarakawa@efsmmlaw.com
*Attorneys for Defendants Schindler Elevator Corporation and Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals)*

# UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| TOVA INY, <br><br> Plaintiff, <br><br> vs. <br><br> SIMON PROPERTY GROUP LIMITED PARTNERSHIP d/b/a THE SHOPS AT CRYSTALS; SCHINDLER ELEVATOR CORPORATION; DOES I-X and ROE ENTITIES XI-XX, inclusive, <br><br> Defendants. | Case No. 2:23-cv-00426-APG-DJA <br><br> **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS STIPULATED, by and between Plaintiff Tova Iny and Defendants Simon Property Group Limited Partnership d/b/a The Shops at Crystals and Schindler Elevator Corporation, through their undersigned counsel of record, that this entire action be dismissed in its entirety with prejudice, with each party to bear their own costs and attorneys' fees.

**NOW THEREFORE, IT IS STIPULATED AND AGREED** that Plaintiff's Complaint is dismissed with prejudice against Defendants Simon Property Group Limited Partnership d/b/a The Shops at Crystals and Schindler Elevator Corporation; and

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorneys' fees and costs incurred in this action.

| EVANS FEARS SCHUTTERT MCNULTY MICKUS | KAPLAN YOUNG |
|---|---|
| /s/ Jay J. Schuttert | /s/ Kory Kaplan |
| Jay J. Schuttert, Esq. (SBN 8656)<br>Alexandria L. Layton, Esq. (SBN 14228)<br>Skylar Arakawa-Pamphilon, Esq. (SBN 15864)<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br><br>*Attorneys for Defendants Schindler Elevator Corporation and Simon Property Group, L.P. (incorrectly referred to herein as Simon Property Group Limited Partnership d/b/a The Shops at Crystals)* | Kory Logan Kaplan, Esq. (SBN 13164)<br>10091 Park Run Drive, Suite 190<br>Las Vegas, NV 89145<br><br>*Attorney for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE/
~~UNITED STATES MAGISTRATE JUDGE~~

DATED: July 1, 2024

CASE NO.: 2:23-cv-00426-APG-DJA